# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME J. TORRES, | Case No.: 1:20-cv-00310-JLT (HC) |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |
| v. | |
| ON HABEAS CORPUS, | |
| Respondent. | |

In the Court's order dismissing petition with leave to file a first amended petition, the Court noted that the Petitioner failed to name a respondent. (Doc. 4 at 2.) Petitioner filed a first amended petition on March 20, 2020, in which he names Warden Ciolli. (Doc. 6 at 1.) Because it appears Warden Ciolli is a proper party (Rule 2(a) of the Rules Governing § 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994)), the Clerk of Court is DIRECTED to change the name of the Respondent to Warden Ciolli.

IT IS SO ORDERED.

Dated: **April 6, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE